**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF VERMONT

Case number *(if known)* _____   Chapter   **12**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Allendale Farm, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8047648** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** <br><br> **2357 Jersey Street** <br> **Panton, VT 05491** <br> Number, Street, City, State & ZIP Code <br><br> **Addison** <br> County | **Mailing address, if different from principal place of business** <br><br> **2357 Jersey Street** <br> **Vergennes, VT 05491** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |

| | |
|---|---|
| 6. **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Allendale Farm, LLC** _____   Case number (*if known*) _____
     Name

---

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

■ Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor   **Allendale Farm, LLC**

Name
_____   Case number (*if known*) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**      .      *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Allendale Farm, LLC**
         Name                                                        Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Allendale Farm, LLC**
Name                                                                    Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 24, 2021**
               MM / DD / YYYY

*X* **/s/ Joseph Allen**                                          **Joseph Allen**
Signature of authorized representative of debtor                  Printed name

Title    **Member**

---

**18. Signature of attorney**

*X* **/s/ Rebecca A. Rice**                          Date   **September 24, 2021**
Signature of attorney for debtor                            MM / DD / YYYY

**Rebecca A. Rice**
Printed name

**Cohen & Rice**
Firm name

**110 Merchants Row, 3rd Floor**
**Rutland, VT 05701**
Number, Street, City, State & ZIP Code

Contact phone   **802-775-2352**        Email address   **Steeplbush@aol.com**

**VT**
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Allendale Farm, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF VERMONT |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **September 24, 2021** | X **/s/ Joseph Allen** |
| | | Signature of individual signing on behalf of debtor |
| | | **Joseph Allen** |
| | | Printed name |
| | | **Member** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Allendale Farm, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $   **2,649,700.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $   **4,520,470.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $   **7,170,170.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $   **7,716,998.08**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$   **2,223,650.35**

4.  Total liabilities ..........................................................................................................
   Lines 2 + 3a + 3b                                                                        $   **9,940,648.43**

**Fill in this information to identify the case:**

Debtor name    **Allendale Farm, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **Peoples United Bank** | **Checking** | $92,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | $92,000.00 |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Allendale Farm, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** **2000T 1st cut haylage @30/T, 2000T 2nd cut haylage @ 40/T, 1000T corn silage @ $60.00/T, 500 acres of corn growing, 3rd cut growing and $30,000 worth of grain on hand.** | $0.00 | | $760,000.00 |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **600 milking cows at $1,500.00 - $900,000.00** **175 bred heifers at $1,200.00 - $210,000.00** **120 breeding age heifers at $800.00 - $96,000.00** **180 yearlings at $500.00 - $90,000.00** **70 calves at $200.00 - $14,000.00** **70 calves at $200.00** | $0.00 | | $1,310,000.00 |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **See Attached List** | $0.00 | | $371,750.00 |

| 31. | **Farm and fishing supplies, chemicals, and feed** |
|---|---|

| 32. | **Other farming and fishing-related property not already listed in Part 6** |
|---|---|

| 33. | **Total of Part 6.** | | $2,441,750.00 |
|---|---|---|---|
| | Add lines 28 through 32.  Copy the total to line 85. | | |

**34.    Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Allendale Farm, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

37.     **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

☐ Yes Fill in the information below.

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.     **Aircraft and accessories** | | | |
| 50.     **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Great Plain 2400 TM Coulter Tillage** | $0.00 | | $64,300.00 |
| **2015 New Holland T8 350** | $0.00 | | $100,000.00 |
| **Buckrake Blade** | $0.00 | | $8,000.00 |
| **H & S Forage Box** | $0.00 | | $0.00 |
| **Great Plains MC5111 Tillage-Coulter** | $0.00 | | $45,000.00 |
| **2014 New Holland T6 140** | $0.00 | | $40,000.00 |
| **2021 Cat 226D3 Skidsteer** | $0.00 | | $20,000.00 |
| **2020 Great Plains Grain Drill** | $0.00 | | $78,000.00 |
| **Milking equipment** | $0.00 | | $25,000.00 |
| **New Holland PT8 410** | $0.00 | | $115,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Allendale Farm, LLC**
Name

Case number *(If known)* _____

| | | |
|---|---|---|
| **Krone Windrower, John Deere 8320 Tractor, John Deere Excavator 120C, John Deere Tractor 8420, John Deere and Kvernal Soil Processors** | $0.00 | $533,420.00 |
| **2015 334 Oxbow Tri Flex, 2015 644H John Deere Wheel Loader** | $0.00 | $105,000.00 |
| **Houle Lagoon Agi Pump, Arts Way High Dump Wagon, 1514 Byron High Dump Wagon** | $0.00 | $85,000.00 |
| **2019 Diller Tank Trailer/2001 Mack Truck** | $0.00 | $55,000.00 |
| **2008 Diller 6300 Manure Spreader** | $0.00 | $25,000.00 |
| **226D Cat Skidsteer** | $0.00 | $20,000.00 |
| **1999 Mack 613** | $0.00 | $15,000.00 |
| **2008 Diller 6300 Manure tank** | $0.00 | $25,000.00 |
| **Cow Manager System** | $0.00 | $10,000.00 |
| **2019 Houle Manure Spreader 7300** | $0.00 | $55,000.00 |
| **Maple Equipment** | $0.00 | $35,000.00 |
| **1999 Mac CH 613 Dump , Kuhn Manure Spreader** | $0.00 | $36,000.00 |
| **Tillage-Coulter** | $0.00 | $50,000.00 |
| **2019 Triolet Mixer** | $0.00 | $50,000.00 |
| **2005 and 2008 Ford Trucks** | $0.00 | $8,000.00 |
| **Bulk tank and compressors** | $0.00 | $30,000.00 |
| **Houle Manure Spreader** | $0.00 | $4,000.00 |
| **New Holland T7 260, Case 190, New Holland 600, Hay Harvester** | $0.00 | $150,000.00 |

| Debtor | **Allendale Farm, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Krone Windrower, John Deere 2310 Soil Preparation, John Deere 8420 Tractor, John Deere, 120C Crawler | $0.00 | | $200,000.00 |

| 51. | **Total of Part 8.** | $1,986,720.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **265 Acres - Panton Road, Panton, Vermont** | Fee Simple | $0.00 | Tax Assessment | $333,200.00 |
| 55.2. **37 Acres - Basin Harbor Road, Panton, Vermont** | Fee Simple | $0.00 | Tax Assessment | $135,000.00 |
| 55.3. **22 Acres farmland - East Basin Harbor Road** | Fee Simple | $0.00 | Tax Assessment | $66,200.00 |
| 55.4. **55 acres farmland - North Kellogg Bay Road, Ferrisburgh, Vermont** | Fee Simple | $0.00 | Tax Assessment | $86,400.00 |
| 55.5. **49.5 acres farmland - East Button Bay Road, Ferriburgh, Vermont** | Fee Simple | $0.00 | Tax Assessment | $48,700.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor     **Allendale Farm, LLC**                                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.6. | **2 Dwellings, Mobile Home, Farm buildings 190 acres of land - 2204 Jersey Street, Ferrisburgh, Vermont** | Fee Simple | $0.00 | Tax Assessment | $1,152,400.00 |
| 55.7. | **Dwelling, farm buildings 137 acres farmland, 81 Kellogg Bay Road, Ferrisburgh, Vermont** | Fee Simple | $0.00 | Tax Assessment | $523,300.00 |
| 55.8. | **182.1 acres farmland - North Webster Road, Ferrisburgh, Vermot** | Fee simple | $0.00 | Tax Assessment | $304,500.00 |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$2,649,700.00** |

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Allendale Farm, LLC**
Name
_____

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $92,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $2,441,750.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,986,720.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $2,649,700.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,520,470.00 | + 91b. $2,649,700.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,170,170.00 |

Schedule B - Farm Equipment

| | Item | Make | Model | Year | Serial | Value |
|---|------|------|-------|------|--------|-------|
| 3 | Tractor | Hesston | 180-90 | 90/1991 | Dcm4951maaac | 5000 |
| 1 | Tractor | Hesston | 980 DT 4wd | 1982 | 708420 | 500 |
| 1 | Tractor | Allis Chalmers | 8030 | 1984 | | 3500 |
| 1 | Tractor | Allis Chalmers | 7045 130hp | 1978 | 14035935 | 3500 |
| 1 | Roller | Brillion | 25 ft | 2005 | | 5000 |
| 1 | Skidsteer | Case | 840c | 1994 | JAF0129924 | 2500 |
| 1 | Harrows | Allis Chalmers | 10' | | | 750 |
| 1 | Corn Planter | John Deere | 1760 12 row | 2000 | H01750568011! | 25000 |
| 1 | Grain Drill | International | 12' | 1990 | 0390163C00909 | 2500 |
| 1 | Farm Truck | Ford | F-350 | 2008 | | 6000 |
| 1 | Cattle Trailer | Eby | 20 x 8 | 1999 | LG2024Y200668 | 10000 |
| 1 | Skidsteer | Case | 440 | 2008 | | 7500 |
| 1 | Generator | Winpower | 120/240 | 1998 | 96271-06A | 2000 |
| 1 | Rake | Hesston | 3800 | 1985 | 542 | 300 |
| 1 | Hoof Trimming Chute | | | | | 1000 |
| 1 | Farm Truck | Ford | F-550 | 2005 | | 3000 |
| | Welder | Hobart | AC/DC 8500 watt | | gone | |
| | Snow Plow | | | | | 500 |
| 1 | Service Truck | Ford | F-250 | 2008 | | 7500 |
| 5 | Rubber Tire Scraper | | | | | 1500 |
| 1 | Feed Push-Up Blade | | | | | 500 |
| 7 | Skidsteer Buckets | | | | | 1200 |
| 1 | Payloader | John Deere | 544A | 1973 | | 5000 |
| 1 | Feeder Wagon | Pequea | 24 head | 2008 | | 1000 |
| 1 | Telehandler | JCB | TM 320 | 2014 | 5ADRHP015293 | 20000 |
| | 2 Buckets | JCB | | | | 4500 |
| | Defacer | JCB | | | | 5000 |
| | Rock Bucket | JCB | | | | 1500 |
| 1 | Land Plane | Artsway | 24' | 2010 | AWV240009504 | 10000 |
| 3 | Garden Garden Tractor | John Deere | | 2005 | | 0 |
| 1 | Round Bale Chopper | Valmetal | | | 40256 | 7500 |
| 1 | Tractor | John Deere | 8420 | 2004 | RWSG0740072 | 45000 |
| | Blade | Degelman | 12' 12-46/57 | | 21246 | |
| | Tires | Michelin OMNI BIB | | | | |
| 1 | Moldboard Plows | Kverneland | 5 bottom | | BE523 | 12000 |
| 1 | Land Finisher | John Deere | 2310 | | 2320 | 25000 |
| 1 | Mulch Tiller | John Deere | 714 | | 8015 | 10000 |
| 1 | Vertical Mixer | Trioliet | | 40 | | 15000 |
| 1 | Tractor | John Deere | 8320 | 2004 | | 45000 |
| | Blade | Grouser | 12' | | | 6000 |
| 1 | Payloader | John Deere | 644H | 2001 | | 30000 |
| 1 | Excavator | John Deere | 120C | 2008 | | 35000 |
| 1 | 8 way blade | Metal Plesis | | 2011 | | 5000 |

371750

| Fill in this information to identify the case: |
|---|
| Debtor name **Allendale Farm, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF VERMONT |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Agdirect**<br>Creditor's Name<br>**5015 South 118th Street**<br>**P.O. Box 2409**<br>**Omaha, NE 68103**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2015 New Holland T8 350**<br><br>Describe the lien | $143,896.00 | $100,000.00 |

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Agdirect**<br>Creditor's Name<br>**5015 South 118th Street**<br>**P.O. Box 2409**<br>**Omaha, NE 68103**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Tillage-Coulter**<br><br>Describe the lien | $66,785.68 | $50,000.00 |

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor **Allendale Farm, LLC**
Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Agdirect** | | Describe debtor's property that is subject to a lien | $20,629.79 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**5015 South 118th Street**
**P.O. Box 2409**
**Omaha, NE 68103**
Creditor's mailing address

**H & S Forage Box**

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Agdirect** | | Describe debtor's property that is subject to a lien | $65,991.75 | $64,300.00 |
|---|---|---|---|---|---|

Creditor's Name

**5015 South 118th Street**
**P.O. Box 2409**
**Omaha, NE 68103**
Creditor's mailing address

**Great Plain 2400 TM Coulter Tillage**

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Agdirect** | | Describe debtor's property that is subject to a lien | $37,952.00 | $40,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**5015 South 118th Street**
**P.O. Box 2409**
**Omaha, NE 68103**
Creditor's mailing address

**2014 New Holland T6 140**

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 14

Debtor **Allendale Farm, LLC**
Name

Case number (if known) _____

|  |  |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
|  | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.6 | **Agdirect** | **Describe debtor's property that is subject to a lien** | $67,230.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**5015 South 118th Street
P.O. Box 2409
Omaha, NE 68103**
Creditor's mailing address

**Great Plains MC5111 Tillage-Coulter**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Agdirect** | **Describe debtor's property that is subject to a lien** | $10,653.77 | $8,000.00 |
|---|---|---|---|---|

Creditor's Name

**5015 South 118th Street
P.O. Box 2409
Omaha, NE 68103**
Creditor's mailing address

**Buckrake Blade**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Bank Of The West** | **Describe debtor's property that is subject to a lien** | $43,396.00 | $25,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Allendale Farm, LLC**                                      Case number (if known) _____
Name

| | |
|---|---|
| Creditor's Name | **Milking equipment** |
| **1450 Treat Blvd**<br>**Walnut Creek, CA 94596** | |
| Creditor's mailing address | Describe the lien _____ |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** | **Bourdeau Brothers of Middlebury, Inc.**                                      $2,840,917.52   $523,300.00
Creditor's Name

Describe debtor's property that is subject to a lien
**Dwelling, farm buildings 137 acres farmland, 81 Kellogg Bay Road, Ferrisburgh, Vermont, all other real estate owned by Debtor, Joseph Allen and Rebecca Allen and Claudia Allen. The value of the real estate exceeds the debt.**

**88 Seymour St.**
**Middlebury, VT 05753**
Creditor's mailing address

Describe the lien
**First Mortgage and UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
0** | **Bourdeau Brothers of Middlebury, Inc.**                                      $1,847,525.25   $1,310,000.00
Creditor's Name

Describe debtor's property that is subject to a lien
**600 milking cows at $1,500.00 - $900,000.00**
**175 bred heifers at $1,200.00 - $210,000.00**
**120 breeding age heifers at $800.00 - $96,000.00**
**180 yearlings at $500.00 - $90,000.00**
**70 calves at $200.00 - $14,000.00**
**All crops and equipment**

**88 Seymour St.**
**Middlebury, VT 05753**
Creditor's mailing address

Describe the lien _____

**Is the creditor an insider or related party?**
■ No

---

Debtor   **Allendale Farm, LLC**
_____          Case number (if known) _____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Caterpillar Financial** | **Describe debtor's property that is subject to a lien** | $28,179.00 | $20,000.00 |

Creditor's Name

**501 SW Jefferson Street**
**Peoria, IL 61614**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2021 Cat 226D3 Skidsteer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Cnh Industrial Capital** | **Describe debtor's property that is subject to a lien** | $85,548.21 | $78,000.00 |

Creditor's Name

**Attn: Bankruptcy**
**Po Box 71264**
**Philadelphia, PA 19176**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2020 Great Plains Grain Drill**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  5 of 14

| Debtor | Allendale Farm, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 2.1 3 | **Cnh Industrial Capital** | Describe debtor's property that is subject to a lien | $193,145.25 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**
**Po Box 71264**
**Philadelphia, PA 19176**

Creditor's mailing address

**Krone Windrower, John Deere 2310 Soil Preparation, John Deere 8420 Tractor, John Deere, 120C Crawler**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Cnh Industrial Capital** | Describe debtor's property that is subject to a lien | $130,950.46 | $115,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**
**Po Box 71264**
**Philadelphia, PA 19176**

Creditor's mailing address

**New Holland PT8 410**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Cnh Industrial Capital** | Describe debtor's property that is subject to a lien | $301,900.94 | $533,420.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**
**Po Box 71264**
**Philadelphia, PA 19176**

Creditor's mailing address

**Krone Windrower, John Deere 8320 Tractor, John Deere Excavator 120C, John Deere Tractor 8420, John Deere and Kvernal Soil Processors**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Allendale Farm, LLC**
Name
Case number (if known)

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Diversified Financial** | **Describe debtor's property that is subject to a lien** | **$73,323.00** | **$85,000.00** |
|---|---|---|---|---|

Creditor's Name

**14010 FNB Okwy, Ste 400 Omaha, NE 68154**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Houle Lagoon Agi Pump, Arts Way High Dump Wagon, 1514 Byron High Dump Wagon**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Diversified Financial** | **Describe debtor's property that is subject to a lien** | **$105,777.00** | **$105,000.00** |
|---|---|---|---|---|

Creditor's Name

**14010 FNB Okwy, Ste 400 Omaha, NE 68154**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2015 334 Oxbow Tri Flex, 2015 644H John Deere Wheel Loader**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Feed Commodities** | **Describe debtor's property that is subject to a lien** | **$657,103.46** | **$1,152,400.00** |
|---|---|---|---|---|

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 7 of 14

Debtor    **Allendale Farm, LLC**

Name                                                                                    Case number (if known)

---

Creditor's Name

**47 Feed Mill Lane
Middlebury, VT 05753**

Creditor's mailing address

**2 Dwellings, Mobile Home, Farm buildings
190 acres of land - 2204 Jersey Street,
Ferrisburgh, Vermont**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. USDA, Farm Service
Agency
2. Feed Commodities
3. Usda Rural Development**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **M2 Lease Funds** | **Describe debtor's property that is subject to a lien** | $43,317.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bulk tank and compressors**

**175 N Patrick Blvd Ste. 140
Brookfield, WI 53045-5819**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **North Star Leasing** | **Describe debtor's property that is subject to a lien** | $6,720.00 | $8,000.00 |
|---|---|---|---|---|

Creditor's Name

**2005 and 2008 Ford Trucks**

**P.O. Box 4505
Burlington, VT 05406**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Allendale Farm, LLC**
Name

Case number (if known) _____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **North Star Leasing** | Describe debtor's property that is subject to a lien | $64,800.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 4505**
**Burlington, VT 05406**

Creditor's mailing address

**2019 Triolet Mixer**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Pacific Financial** | Describe debtor's property that is subject to a lien | $81,054.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**3455 S. 344th Way #300**
**Auburn, WA 98001-9546**

Creditor's mailing address

**2019 Diller Tank Trailer/2001 Mack Truck**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Stearns Bank** | Describe debtor's property that is subject to a lien | $22,891.00 | $25,000.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 14

Debtor   **Allendale Farm, LLC**

Case number *(if known)* _____

---

Name

Creditor's Name

**P.O. Box 750**
**Albany, MN 56307-0750**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2008 Diller 6300 Manure tank**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Stearns Bank** | **Describe debtor's property that is subject to a lien** | $17,359.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**Cow Manager System**

**P.O. Box 750**
**Albany, MN 56307-0750**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Stearns Bank** | **Describe debtor's property that is subject to a lien** | $69,303.00 | $36,000.00 |
|---|---|---|---|---|

Creditor's Name

**1999 Mac CH 613 Dump , Kuhn Manure Spreader**

**P.O. Box 750**
**Albany, MN 56307-0750**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 14

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **Allendale Farm, LLC** |
| | Name |

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **Stearns Bank** | Describe debtor's property that is subject to a lien | $21,851.00 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1999 Mack 613** | | |

**P.O. Box 750**
**Albany, MN 56307-0750**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 7 | **Stearns Bank** | Describe debtor's property that is subject to a lien | $26,924.00 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2008 Diller 6300 Manure Spreader** | | |

**P.O. Box 750**
**Albany, MN 56307-0750**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 8 | **TCF Equipment Leasing** | Describe debtor's property that is subject to a lien | $36,282.00 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **226D Cat Skidsteer** | | |

**11100 Wayzata Blvd Suite 801**
**Minnetonka, MN 55305**
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Allendale Farm, LLC**
Name

Case number (if known)

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **TCF Equipment Leasing** | Describe debtor's property that is subject to a lien | $39,979.00 | $4,000.00 |
|---|---|---|---|---|

Creditor's Name
**11100 Wayzata Blvd Suite 801**
**Minnetonka, MN 55305**
Creditor's mailing address

**Houle Manure Spreader**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **TCF Equipment Leasing** | Describe debtor's property that is subject to a lien | $66,275.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name
**11100 Wayzata Blvd Suite 801**
**Minnetonka, MN 55305**
Creditor's mailing address

**2019 Houle Manure Spreader 7300**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 14

Debtor   **Allendale Farm, LLC**
Name                                                                Case number (if known) _____

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 1 | **TCF Equipment Leasing** | Describe debtor's property that is subject to a lien | $32,907.00 | $35,000.00 |

Creditor's Name

**11100 Wayzata Blvd Suite 801**
**Minnetonka, MN 55305**

Creditor's mailing address

**Maple Equipment**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Usda Rural Development** | Describe debtor's property that is subject to a lien | $33,000.00 | $1,152,400.00 |

Creditor's Name

**4300 Goodfellow Blvd**
**Saint Louis, MO 63120**

Creditor's mailing address

**2 Dwellings, Mobile Home, Farm buildings 190 acres of land - 2204 Jersey Street, Ferrisburgh, Vermont**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.18**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **USDA, Farm Service Agency** | Describe debtor's property that is subject to a lien | $433,431.00 | $1,152,400.00 |

Creditor's Name

**68 Catamount Park**
**Middlebury, VT 05753**

Creditor's mailing address

**2 Dwellings, Mobile Home, Farm buildings 190 acres of land - 2204 Jersey Street, Ferrisburgh, Vermont**

Describe the lien

---

Debtor    **Allendale Farm, LLC**
Name

Case number (if known)

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.18**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $7,716,998.08 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name   **Allendale Farm, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF VERMONT |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
|  | **IRS** | *Check all that apply.* |  |  |
|  | **PO Box 7346** | ☐ Contingent |  |  |
|  | **Philadelphia, PA 19101-7346** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ☑ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
|  | **Vermont Department of Taxes** | *Check all that apply.* |  |  |
|  | **P.O. Box 429** | ☐ Contingent |  |  |
|  | **Montpelier, VT 05601-0429** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ☑ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Allendale Farm, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,298.00 |
|---|---|---|---|

**Bryant's Lumber**
P.O. Box 196
3004 Broad St
Port Henry, NY 12974

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Lumber

Last 4 digits of account number  LL31

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Clark-Wright Septic Service**
1577 Burpee Road
Bristol, VT 05443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Septic pumping

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,702,548.88 |
|---|---|---|---|

**Feed Commodities**
47 Feed Mill Lane
Middlebury, VT 05753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,481.17 |
|---|---|---|---|

**FW Webb Company**
160 Middlesex Turnpike
Bedford, MA 01730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

**Basis for the claim:**  Plumbing

Last 4 digits of account number  2948

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Green Mountain Power**
163 Acorn Lane
Colchester, VT 05446-6611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2021

**Basis for the claim:**  Utility Service

Last 4 digits of account number  Various

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,566.57 |
|---|---|---|---|

**Holstein Association USA, Inc.**
P.O. Box 808
Brattleboro, VT 05302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020-21

**Basis for the claim:** __

Last 4 digits of account number  5872

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $771.09 |
|---|---|---|---|

**Holtz-Nelson**
P.O. Box 245
Harmony, MN 55939

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

**Basis for the claim:**  Consulting

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Allendale Farm, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,186.14** |
|---|---|---|---|

**Joseph P. Carrara & Sons, Inc.**
**P.O. Box 60**
**North Clarendon, VT 05759-9000**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.00** |
|---|---|---|---|

**Marble Trail Financial**
**P.O. Box 30**
**Middlebury, VT 05753**

Date(s) debt was incurred  **2019-20**

Last 4 digits of account number  **0811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax preparation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,517.56** |
|---|---|---|---|

**Peter Bonvoloir**
**1160 Homer Rock Rd.**
**Talking Rock, GA 30175**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Custom Work**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$358,494.68** |
|---|---|---|---|

**PHI FINANCIAL SERVICES**
**PO BOX 733260**
**Dallas, TX 75373-3260**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,816.41** |
|---|---|---|---|

**Premier Select Sires**
**1 Stony Mountain Rd.**
**Tunkhannock, PA 18657**

Date(s) debt was incurred  **2020-21**

Last 4 digits of account number  **2138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,402.65** |
|---|---|---|---|

**Robert Kerr & Sons**
**31 Kerr Field Drive**
**Shoreham, VT 05770**

Date(s) debt was incurred  _

Last 4 digits of account number  **0109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Products**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,140.28** |
|---|---|---|---|

**Rouse Tire Sales**
**P.O. Box 902**
**Middlebury, VT 05753**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tires**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Allendale Farm, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,545.72** |
|---|---|---|---|

**Select Sire Power, Inc.**
**PO Box 370**
**Rocky Mount, VA 24151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

**Basis for the claim:**  __Breeding__

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,981.20** |
|---|---|---|---|

**Semex**
**3801 Kipp St**
**Madison, WI 53718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

**Basis for the claim:**  __Breeding__

Is the claim subject to offset? ■ No ☐ Yes

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 2,223,650.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,223,650.35 |

**Fill in this information to identify the case:**

Debtor name    **Allendale Farm, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of 2019 New Holland FR650 Forage Harvester and 280 HDY Forage Harvester Head**<br>**4 years** |

**Agdirect**
**5015 South 118th Street**
**P.O. Box 2409**
**Omaha, NE 68103**

**Fill in this information to identify the case:**

Debtor name      **Allendale Farm, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                       Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Claudia Allen** | **2357 Jersey Street Panton, VT 05491** | **Bourdeau Brothers of Middlebury, Inc.** | ■ D   **2.9** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Claudia Allen** | **2357 Jersey Street Panton, VT 05491** | **Bourdeau Brothers of Middlebury, Inc.** | ■ D   **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Claudia Allen** | **2357 Jersey Street Panton, VT 05491** | **Feed Commodities** | ☐ D _____ <br> ■ E/F   **3.3** <br> ☐ G _____ |
| 2.4 | **Claudia Allen** | **2357 Jersey Street Panton, VT 05491** | **Feed Commodities** | ■ D   **2.18** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Claudia Allen** | **2357 Jersey Street Panton, VT 05491** | **USDA, Farm Service Agency** | ■ D   **2.33** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Allendale Farm, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Joseph Allen | 2204 Jersey Street<br>Vergennes, VT 05491 | Bourdeau Brothers of<br>Middlebury, Inc. | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Joseph Allen | 2204 Jersey Street<br>Vergennes, VT 05491 | Bourdeau Brothers of<br>Middlebury, Inc. | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Joseph Allen | 2204 Jersey Street<br>Vergennes, VT 05491 | Feed Commodities | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.9 | Joseph Allen | 2204 Jersey Street<br>Vergennes, VT 05491 | Feed Commodities | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Joseph Allen | 2204 Jersey Street<br>Vergennes, VT 05491 | USDA, Farm Service<br>Agency | ■ D __2.33__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Rebecca Allen | 2204 Jersey Street<br>Vergennes, VT 05491 | Bourdeau Brothers of<br>Middlebury, Inc. | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Rebecca Allen | 2204 Jersey Street<br>Vergennes, VT 05491 | Bourdeau Brothers of<br>Middlebury, Inc. | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Rebecca Allen | 2204 Jersey Street<br>Vergennes, VT 05491 | Feed Commodities | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |

| Debtor | **Allendale Farm, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Rebecca Allen** | **2204 Jersey Street** **Vergennes, VT 05491** | **Feed Commodities** |
| | | | ■ D ___2.18___ ☐ E/F _____ ☐ G _____ |
| 2.15 | **Rebecca Allen** | **2204 Jersey Street** **Vergennes, VT 05491** | **USDA, Farm Service Agency** |
| | | | ■ D ___2.33___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Allendale Farm, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                              04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$2,276,760.00** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other _____ | **$3,717,423.00** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$3,647,469.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Allendale Farm, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Feed Commodities** **47 Feed Mill Lane** **Middlebury, VT 05753** | **June 2021 and July 2021** | **$234,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Official Form 207                   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   page 2

Debtor    **Allendale Farm, LLC**

Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cohen & Rice**<br>**110 Merchants Row, 3rd Floor**<br>**Rutland, VT 05701** | **Attorney Fees and filing fees** | **7/26/21** | **$15,000.00** |
| | Email or website address<br>Steeplbush@aol.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Maxsen Champion**<br>**126 Genesee St #202**<br>**Auburn, NY 13021** | **$2,500.00** | **7/23/21** | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Allendale Farm, LLC**                                   Case number *(if known)*

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                             Best Case Bankruptcy

Debtor   **Allendale Farm, LLC**

Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Allendale Farm, LLC**                                        Case number *(if known)*

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| **26a.1.** **Jocelyn Johnson** | **2014-present** |
| **26a.2.** **Yankee Farm Credit**<br>**Middlebury Branch**<br>**320 Exchange St**<br>**Middlebury, VT 05753** | **2016-2019** |
| **26a.3.** **Glenn Montoss** | **2019-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| **26c.1.** **Jocelyn Johnson** | |
| **26c.2.** **Glenn Montross** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **Allendale Farm, LLC**                                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Joseph Allen | 2204 Jersey Road<br>Vergennes, VT 05491 | Member | 44.660% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Rebecca Allen | 2204 Jersey Street<br>Vergennes, VT 05491 | Member | 22.390% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Claudia Allen | 2357 Jersey Street<br>Panton, VT 05491 | Member | 33.001% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    **Allendale Farm, LLC**                                    Case number *(if known)*

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 24, 2021**

**/s/ Joseph Allen**                                        **Joseph Allen**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Vermont

In re   **Allendale Farm, LLC**

Debtor(s)

Case No.

Chapter   **12**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 45,000.00 |
| Prior to the filing of this statement I have received | $ | 14,078.00 |
| Balance Due | $ | 30,922.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 24, 2021**

*Date*

**/s/ Rebecca A. Rice**

**Rebecca A. Rice**
*Signature of Attorney*
**Cohen & Rice**
**110 Merchants Row, 3rd Floor**
**Rutland, VT 05701**
**802-775-2352  Fax: 802-773-6424**
**Steeplbush@aol.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Vermont

In re    **Allendale Farm, LLC**

Debtor(s)

Case No.

Chapter    **12**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **September 24, 2021**

**/s/ Joseph Allen**

**Joseph Allen**/**Member**
Signer/Title

```
Agdirect
5015 South 118th Street
P.O. Box 2409
Omaha, NE 68103

Bank Of The West
1450 Treat Blvd
Walnut Creek, CA 94596

Bourdeau Brothers of Middlebury, Inc.
88 Seymour St.
Middlebury, VT 05753

Bryant's Lumber
P.O. Box 196
3004 Broad St
Port Henry, NY 12974

Caterpillar Financial
501 SW Jefferson Street
Peoria, IL 61614

Clark-Wright Septic Service
1577 Burpee Road
Bristol, VT 05443

Claudia Allen
2357 Jersey Street
Panton, VT 05491

Cnh Industrial Capital
Attn: Bankruptcy
Po Box 71264
Philadelphia, PA 19176

Diversified Financial
14010 FNB Okwy, Ste 400
Omaha, NE 68154

Feed Commodities
47 Feed Mill Lane
Middlebury, VT 05753

FW Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

Green Mountain Power
163 Acorn Lane
Colchester, VT 05446-6611

Holstein Association USA, Inc.
P.O. Box 808
Brattleboro, VT 05302
```

Holtz-Nelson
P.O. Box 245
Harmony, MN 55939

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Joseph Allen
2204 Jersey Street
Vergennes, VT 05491

Joseph P. Carrara & Sons, Inc.
P.O. Box 60
North Clarendon, VT 05759-9000

M2 Lease Funds
175 N Patrick Blvd Ste. 140
Brookfield, WI 53045-5819

Marble Trail Financial
P.O. Box 30
Middlebury, VT 05753

North Star Leasing
P.O. Box 4505
Burlington, VT 05406

Pacific Financial
3455 S. 344th Way #300
Auburn, WA 98001-9546

Peter Bonvoloir
1160 Homer Rock Rd.
Talking Rock, GA 30175

PHI FINANCIAL SERVICES
PO BOX 733260
Dallas, TX 75373-3260

Premier Select Sires
1 Stony Mountain Rd.
Tunkhannock, PA 18657

Rebecca Allen
2204 Jersey Street
Vergennes, VT 05491

Robert Kerr & Sons
31 Kerr Field Drive
Shoreham, VT 05770

Rouse Tire Sales
P.O. Box 902
Middlebury, VT 05753

Select Sire Power, Inc.
PO Box 370
Rocky Mount, VA 24151

Semex
3801 Kipp St
Madison, WI 53718

Stearns Bank
P.O. Box 750
Albany, MN 56307-0750

TCF Equipment Leasing
11100 Wayzata Blvd Suite 801
Minnetonka, MN 55305

Usda Rural Development
4300 Goodfellow Blvd
Saint Louis, MO 63120

USDA, Farm Service Agency
68 Catamount Park
Middlebury, VT 05753

Vermont Department of Taxes
P.O. Box 429
Montpelier, VT 05601-0429

# United States Bankruptcy Court
## District of Vermont

In re    **Allendale Farm, LLC** _____

Debtor(s)

Case No. _____

Chapter   **12** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Allendale Farm, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 24, 2021** _____

Date

**/s/ Rebecca A. Rice** _____

**Rebecca A. Rice**

Signature of Attorney or Litigant

Counsel for   **Allendale Farm, LLC** _____

**Cohen & Rice**

**110 Merchants Row, 3rd Floor**
**Rutland, VT 05701**
**802-775-2352 Fax:802-773-6424**
**Steeplbush@aol.com**